# EXHIBIT A

When recorded mail to:

Sean M. Carroll, Esq.
Gordon & Rees LLP
111 W. Monroe Street, Suite 1600
Phoenix, AZ  85003

## FOREIGN JUDGMENT

## DO NOT REMOVE

This is part of the official document

JUDGMENT INFORMATION STATEMENT
PURSUANT TO A.R.S. § 33-967

Daniel J. and Alla V. Wartenberg v. Janet D. Petrillo
Maricopa County Superior Court No. CV2011-007869

A.  1.  Judgment Debtor and          JANET PETRILLO
        last known address           7834 Fieldfare Drive
        and address where            North Las Vega, NV 89084-2467
        served by mail

    2.  Judgment Creditors:          Daniel J. and Alla Wartenberg
                                     c/o Sean M. Carroll
                                     Gordon & Rees LLP
                                     111 W. Monroe, Suite 1600
                                     Phoenix, Arizona 85003
                                     (602) 794-2460

    3.  Amount of Judgment:          $807,954.34

    4.  Judgment Debtors Information:    Social Security No.:  Last 4 digits 848
                                         Date of Birth:        12/05/1944
                                         Driver's License No.: NV 1402618258

    5.  No stay of enforcement has been ordered by the court.

DATED this 4th day of April, 2011

Attorney for Creditor: _____SM Carroll_____

Sean M. Carroll (SBN 027171) Telephone: (602) 794-2470

WRTN/1068289/9728224v.1

Stephen W. Tully (SBN 014076)
Sean M. Carroll (SBN 027171)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, Arizona 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
stully@gordonrees.com
scarroll@gordonrees.com

Attorneys for Daniel J. Wartenberg and Alla V. Wartenberg
Judgment Creditors

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

CASE NO. CV2011-007869

DANIEL J. WARTENBERG, an
individual, and ALLA V.
WARTENBERG, an individual,

    Plaintiffs,

JANET D. PETRILLO, an individual,

    Defendant.

**AFFIDAVIT ON FILING
FOREIGN JUDGMENT**

STATE OF ARIZONA  )
               ) ss.
County of Maricopa  )

    I, Sean M. Carroll, being of sound mind and discretion, upon my oath hereby depose and say:

    1.    I am at least eighteen years of age.

    2.    I have personal knowledge of the facts set forth herein.

    3.    I am an attorney with the law firm of Gordon & Rees LLP located in Phoenix, Arizona.

    4.    I am licensed to practice law in the State of Arizona.

Gordon & Rees LLP
111 W. Monroe Street
Suite 1600
Phoenix, AZ 85003

Unofficial Document

5.    Our law firm represents the judgment creditors in a lawsuit captioned *Janet D. Petrillo, Plaintiff, v. Daniel J. Wartenberg, Alla Wartenberg, et. al., Defendants*, in the Eighth Judicial District Court of the State of Nevada, Case Number A577909 and I am seeking to localize and record the judgment entered in that action in the State of Arizona.

6.    Attached hereto as Exhibit "A" is a true and correct copy of the Notice of Entry of Order and Judgment Granting Defendants' Motion for Relief from Order Pursuant to NRCP 60(b)(5) or alternatively, Motion for Leave to File Renewed Motion for Summary Judgment on Counterclaim on Order Shortening Time; Order and Judgment Granting Defendants' Motion for Relief from Order Pursuant to NRCP 60(b)(5) or alternatively, Motion for Leave to File Renewed Motion for Summary Judgment on Counterclaim on Order Shortening Time; and Exemplification Certificate signed by the Clerk of District Court of the Eighth Judicial District of the State of Nevada for Clark County, from the State of Nevada, wherein judgment was entered against Janet D. Petrillo in the amount of EIGHT HUNDRED SEVEN THOUSAND, NINE HUNDRED FIFTY FOUR DOLLARS AND THIRTY FOUR CENTS ($807,954.34) on February 28, 2011.

7.    The judgment debtor is known to me as Janet D. Petrillo and was last known to reside at 7834 Fieldfare Drive in the City of North Las Vegas, County of Washoe, and State of Nevada, 89084-2467.

8.    The judgment debtor's drivers' license number or last four digits of her social security number are unknown to me or the judgment creditors.

9.    The judgment creditors' names are Daniel J. Wartenberg and Alla V. Wartenberg. They reside at the following address: 1064 S. Eastern, Suite A-402 in Henderson, Nevada 89052.

10.    The judgment debtor is believed to own real property located within the State of Arizona.

11.    The foreign judgment was not entered by default.

Unofficial Document

Gordon & Rees LLP
111 W. Monroe Street
Suite 1600
Phoenix, AZ 85003

1    12.    The judgment debtor has filed a notice of appeal to the judgment. The
2    notice of appeal was filed on or about March 25, 2011. A true and correct copy of the
3    notice of appeal is attached hereto as Exhibit "B."

4    13.    The courts of the State of Nevada have not granted a stay of execution of
5    said judgment.

6    I declare, under penalty of perjury, that the foregoing is true and correct.

7
8
9    Sean M. Carroll

10    SWORN TO AND SUBSCRIBED before me this 4th day of April, 2011, by Sean
11    M. Carroll.

12
13
14    Notary Public for Arizona

15    My Commission Expires:

16
17    11/13/2012



TRISH HOFFMANN
Notary Public - Arizona
Maricopa County
My Commission Expires
November 13, 2012

Gordon & Rees LLP
111 W. Monroe Street
Suite 1600
Phoenix, AZ 85003

18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Unofficial Document

1   NEOJ
    ROBERT E. SCHUMACHER, ESQ. (SBN # 7504)
2   CASEY J. QUINN, ESQ. (SBN # 11248)
    **GORDON & REES LLP**
3   3770 Howard Hughes Parkway, Suite 100
    Las Vegas, NV 89169
4   Telephone: (702) 577-9300
    Facsimile: (702) 255-2858
5   rschumacher@gordonrees.com
    cquinn@gordonrees.com
6   Attorneys For: Defendants/Counterclaimants
    DANIEL J. WARTENBERG &
7   ALLA V. WARTENBERG

8

9                          DISTRICT COURT

10                     CLARK COUNTY, NEVADA

11

12   JANET D. PETRILLO, an individual,          )   CASE NO. A577909
                                                )   DEPT. NO.: XVII
13                          Plaintiff,          )
                                                )
14       vs.                                    )   **NOTICE OF ENTRY OF ORDER
                                                )   AND JUDGMENT GRANTING
15   DANIEL J. WARTENBERG, an individual; ALLA  )   DEFENDANTS' MOTION FOR
     V. WARTENBERG, an individual, FIRST        )   RELIEF FROM ORDER
16   AMERICAN TITLE COMPANY, a California       )   PURSUANT TO NRCP 60(B)(5) OR,
     corporation; DOES 1-10, ROES 1-10,         )   ALTERNATIVELY, MOTION FOR
17                                              )   LEAVE TO FILE RENEWED
                                                )   MOTION FOR SUMMARY
18                          Defendants.         )   JUDGMENT ON COUNTERCLAIM
                                                )   ON ORDER SHORTENING TIME**
19   DANIEL J. WARTENBERG, an individual; ALLA  )
     V. WARTENBERG, an individual,              )
20                                              )   Hearing date: January 26, 2011
                            Counterclaimants,   )   Hearing time: 8:30 a.m.
21                                              )
         vs.                                    )   Continued hearing date: Jan. 28, 2011
22                                              )   Continued hearing time: 9:30 a.m.
     JANET D. PETRILLO, an individual; DOES 1-10 )
23   and ROE ENTITIES 1-10, inclusive,         )
                                                )
24                          Counterdefendants.  )
25   ///

26   ///

27   ///

28   ///

                              -1-

PLEASE TAKE NOTICE that an Order and Judgment Granting Defendants' Motion for

Relief From Order Pursuant to NRCP 60(b)(5) or, Alternatively, Motion for Leave to File

Renewed Motion for Summary Judgment on Counterclaim on Order Shortening Time was

entered in the above-entitled matter on February 23, 2011, a copy of which is attached hereto.

DATED this _28th_ day of February, 2011.

GORDON & REES LLP

ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
CASEY J. QUINN, ESQ.
Nevada Bar No. 11248
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Tel: (702) 577-9300
Attorney for Defendants/Counterclaimants;
DANIEL and ALLA WARTENBERG

Unofficial Document

-2-

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas NV, 89169

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas NV, 89169

1

## CERTIFICATE OF SERVICE

2    I HEREBY CERTIFY that I am employed in the law offices of GORDON & REES LLP,

3    and that on this _28th_ day of February 2011, I served the above and foregoing **NOTICE OF**

4    **ENTRY OF ORDER AND JUDGMENT GRANTING DEFENDANTS' MOTION FOR**

5    **RELIEF FROM ORDER PURSUANT TO NRCP 60(b)(5) OR, ALTERNATIVELY,**

6

7    **MOTION FOR LEAVE TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

8    **ON COUNTERCLAIM ON ORDER SHORTENING TIME** via U.S. Mail, First Class,

9    addressed to the following counsel of record:

10

11   Joseph T. Nold, Esq.
     BOURKE & NOLD

12   624 South Tenth St.
     Las Vegas, NV 89101

13   noldj@cox.net
     *Attorneys for Plaintiff*

14

15

16   _____
     An employee of GORDON & REES LLP

17

18

19

20

21

22

23

24

25

26

27

28

WRTN/1061630842874764.1

-3-

1 | **ORDR**
ROBERT E. SCHUMACHER, ESQ. (SBN # 7504)
2 | CASEY J. QUINN, ESQ. (SBN # 11248)
**GORDON & REES LLP**
3 | 3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
4 | Telephone: (702) 577-9300
Facsimile: (702) 255-2858
5 | rschumacher@gordonrees.com
cquinn@gordonrees.com
6 | Attorneys For: Defendants/Counterclaimants
DANIEL J. WARTENBERG &
7 | ALLA V. WARTENBERG

8

9 | DISTRICT COURT

10 | CLARK COUNTY, NEVADA

11

12 | JANET D. PETRILLO, an individual,

13 | Plaintiff,

14 | vs.

15 | DANIEL J. WARTENBERG, an individual, A
V. WARTENBERG, an individual, FIRST
16 | AMERICAN TITLE COMPANY, a California
corporation; DOES 1-10, ROES 1-10,
17

18 | Defendants.

19 | DANIEL J. WARTENBERG, an individual; ALLA
V. WARTENBERG, an individual,
20 | Counterclaimants,

21
vs.
22
JANET D. PETRILLO, an individual; DOES 1-10
23 | and ROE ENTITIES 1-10, inclusive,

24
Counterdefendants.
25

CASE NO. A577909
DEPT. NO.: XVII

**ORDER AND JUDGMENT
GRANTING DEFENDANTS'
MOTION FOR RELIEF FROM
ORDER PURSUANT TO NRCP
60(b)(5) OR, ALTERNATIVELY,
MOTION FOR LEAVE TO FILE
RENEWED MOTION FOR
SUMMARY JUDGMENT ON
COUNTERCLAIM ON ORDER
SHORTENING TIME**

Hearing date: January 26, 2011
Hearing time: 8:30 a.m.

Continued hearing date: Jan. 28, 2011
Continued hearing time: 9:30 a.m.

26
27 | Defendants/Counterclaimants, DANIEL J. WARTENBERG & ALLA V.

28 | WARTENBERG'S ("Defendants"), MOTION FOR RELIEF FROM ORDER PURSUANT TO

-1-

NRCP 60(b)(5) OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE RENEWED

MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM ON ORDER

SHORTENING TIME came before the Court on January 26, 2011, with the hearing and oral

argument continued to January 28, 2011, Robert E. Schumacher, Esq. of the law firm of

GORDON & REES LLP, appearing on behalf of Defendants, and Joseph T. Nold, Esq., of the

law firm of BOURKE & NOLD appearing on behalf of Plaintiff, JANET D. PETRILLO

("Plaintiff"), the Court having reviewed the pleadings and papers on file, having considered the

arguments of counsel, and good cause appearing therefore;

THE COURT MAKES THE FOLLOWING FINDINGS:

The Court has considered all pleadings on file in this matter as part of the record, and,

therefore, all are appropriate for the Court to base its decision on. The Court previously found

that there was a breach of the Promissory Note because Plaintiff did not pay. The Court also

found that there was no question of material fact regarding the breach of the Note. The Note was

breached for non-payment and both sides agreed than the Note in question was not vague in its

terms or ambiguous. The Court also previously found that there was no proper showing of fraud

or fraudulent misrepresentation.

THE COURT FINDS that since a Trustee's Sale was held, the "One-Action Rule" as set

forth in Nevada Revised Statutes ("NRS") 40.430 et seq., is not applicable pursuant to NRS

40.430(6)(e).

THE COURT FINDS that there is no material issue of fact regarding the amount due and

owing on the Promissory Note. THE COURT FINDS that the Subject Property, designated as

APN 126-09-601-006, was sold in accordance with NRS 107.080 at a Trustee's Sale to

Defendants for the amount of $500,000.00. THE COURT FINDS that no evidence has been

presented that the sale was performed with any collusion or any fraud. Additionally, there is

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas NV, 891169

-2-

nothing in the record, and no evidence presented, to show that the sale was not performed in good faith. THE COURT ALSO FINDS that there is no evidence in the record, or offered by Plaintiff, rebutting the fact that the sales price was anything other than fair market value. Thus, THE COURT FINDS that Plaintiff is entitled to an offset of $500,000.00 on the amount owed on the Promissory Note. THE COURT FINDS that accounting for principal, interest, penalties, and the $500,000.00 offset, Plaintiff owes Defendants a total $807,954.34 on the Promissory Note.

THE COURT FINDS that in accord with NRCP 60(b)(5) and based on its reversal of the prior decision upon which the denial of Defendants' Motion for Summary Judgment on the Counterclaim was based, there remains no genuine issues of material fact. Thus, the jury trial is unnecessary.

THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for Relief Pursuant to NRCP 60(b)(5) is **GRANTED**. Accordingly, Defendants' Motion for Summary Judgment on the Counterclaim is **GRANTED**. Defendants are awarded a judgment from Plaintiff for principal, interest, and penalties under the Note in the amount of **EIGHT HUNDRED SEVEN THOUSAND, NINE HUNDRED FIFTY-FOUR DOLLARS AND THIRTY-FOUR CENTS ($807,954.34)**. This Judgment does not include attorney's fees and costs which Defendants may seek by appropriate motion to this Court, and which sums may be added to the Judgment upon order of the Court.

**IT IS HEREBY ORDERED** that the jury trial is vacated.

Plaintiff's Counsel made an oral motion for an Application For Stay Pending Appeal that was opposed by Defendants' counsel. The Court denied Plaintiff's Oral Application without

///

///

///

-3-

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas NV, 89169

1  prejudice to permit Plaintiff to file a formal written Application.

2      IT IS SO ORDERED.

3      DATED this _22_ day of February, 2011.

4

5

6                                              _____
                                               DISTRICT COURT JUDGE

7

8  Respectfully submitted by:

9  GORDON & REES LLP

10

11 ROBERT E. SCHUMACHER, ESQ.
   (SBN # 7504)
12 CASEY J. QUINN, ESQ. (SBN # 11248)
   GORDON & REES LLP
13 3770 Howard Hughes Parkway, Suite 100
   Las Vegas, NV 89169
14 Telephone: (702) 577-9300
   Facsimile: (702) 255-2858
15 rschumacher@gordonrees.com
   Attorneys for Defendants/Counterclaimants
16 DANIEL J. WARTENBERG &
   ALLA V. WARTENBERG
17

18

19

20

21

22

23

24

25

26

27

28

                                      -4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am employed in the law offices of GORDON & REES LLP, and that on this ____ day of February, 2011, I served the above and foregoing **ORDER AND JUDGMENT GRANTING DEFENDANTS' MOTION FOR RELIEF FROM ORDER PURSUANT TO NRCP 60(b)(5) OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM ON ORDER SHORTENING TIME** via fax and by U.S. Mail, First Class, addressed to the following counsel of record:

Joseph T. Nold, Esq.
BOURKE & NOLD
624 South Tenth St.
Las Vegas, NV 89101
Fax: 702-383-6051
noldj@cox.net
*Attorneys for Plaintiff*

Unofficial Document

An employee of GORDON & REES LLP

# DISTRICT COURT
## CLARK COUNTY, NEVADA

### EXEMPLIFICATION CERTIFICATE

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

    I, Steven D. Grierson, the appointed Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify and attest the document(s) attached hereto, "NOTICE OF ENTRY OF ORDER AND JUDGMENT GRANTING DEFENDANTS' MOTION FOR RELIEF FROM ORDER PURSUANT TO NRCP

60(B)(5) OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE , )
RENEWED MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM ON )
ORDER SHORTENING TIME", IN THE ENTITLED ACTION: )
  JANET D. PETRILLO, an individual, )A577909
VS.        PLAINTIFF, )
to be a full and correct copy of the official document(s) now on file in my office. )
                                  )

DANIEL J. WARTENBERG, an individual; ALLA V. WARTENBERG, FIRST AMERICAN TITLE COMPANY, ET AL.
    DEFENDANTS.

IN WITNESS WHEREOF, I have hereunto set my hand and annexed the Seal of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark this 22 day of MARCH , 20 11 )

*Unofficial Document*

*Steven D. Grierson*

CLERK OF DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK.

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

    I, Michael P. Villani, Judge of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify that Steven D. Grierson is the Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark (which Court is a Court of Record having a seal) and that the signature to the foregoing certificate and attestation is the genuine signature of the said Steven D. Grierson, as such officer, and that such attention is in due form according to the laws of the State of Nevada.

    IN WITNESS WHEREOF, I have hereunto set my hand at Las Vegas, Clark County, Nevada, this 22 day of MARCH , 20 11

JUDGE OF THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK.

# EXHIBIT B

Unofficial Document

1  NOAS
   GORDON SILVER
2  ERIC R. OLSEN
   Nevada Bar No. 3127
3  Email: eolsen@gordonsilver.com
   JOEL Z. SCHWARZ
4  Nevada Bar No. 9181
   Email: jschwartz@gordonsilver.com
5  KENNETH E. HOGAN
   Nevada Bar No. 10083
6  Email: khogan@gordonsilver.com
   3960 Howard Hughes Pkwy., 9th Floor
7  Las Vegas, Nevada 89169
   Tel: (702) 796-5555
8  Fax: (702) 369-2666
   *Attorneys for Plaintiff,*
9  *Janet Petrillo*

                    DISTRICT COURT
10
                 CLARK COUNTY, NEVADA
11

12  JANET D. PETRILLO, an individual,

                    Plaintiff,              CASE NO. A577909
13                                          DEPT. XVII
    vs.
14
    DANIEL J. WARTENBERG, an individual,    **NOTICE OF APPEAL**
15  ALLA V. WARTENBURG, and individual,
    GARY WARTENBERG, an individual, FIRST
16  AMERICAN TITLE COMPANY, a California
    Corporation, DOES 1-10, ROES 1-10,
17
                    Defendants.
18  _____

19  AND RELATED MATTERS
    _____

20  TO ALL PARTIES IN INTEREST:

21      NOTICE IS HEREBY GIVEN that Plaintiff/Counterdefendant Janet Petrillo hereby

22  appeals to the Supreme Court of Nevada from the Order and Judgment Granting Defendants'

23  Motion for Relief from Order Pursuant to NRCP 60(b)(5) or Alternatively, Motion for Leave to

24  File Renewed Motion for Summary Judgment on Counterclaim on Order Shortening Time,

25  entered on February 23, 2011, in Department XVII of the Eighth Judicial District Court, Clark

26  County, Nevada (the "Final Judgment").

27  . . .

28  . . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102815-001/1167581.doc                    1 of 3

A true and correct copy of the Final Judgment is attached hereto as **Exhibit "A."**

Dated this _25th_ day of March, 2011.

GORDON SILVER

ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwartz@gordonsilver.com
KENNETH E. HOGAN
Nevada Bar No. 10083
Email: khogan@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorneys for Plaintiff,*
*Janet Petrillo*

Unofficial Document

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102815-001/1167581.doc

2 of 3

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that on the 25th day of March, 2011, she served a copy of the Notice of Appeal, by placing said copy in an envelope, postage fully prepaid, in the U.S. Mail at Las Vegas, Nevada, said envelope addressed to:

GORDON & REES LLP
Robert E. Schumacher, Esq.
Casey J. Quinn, Esq.
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Counsel for Daniel J. Wartenberg & Alla V. Wartenburg

Kathryn A. Koehler, an employee of
GORDON SILVER

Unofficial Document

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102815-001/1167581.doc

3 of 3

# EXHIBIT "A"

Unofficial Document

# EXHIBIT "A"

**ORDR**
ROBERT E. SCHUMACHER, ESQ. (SBN # 7504)
CASEY J. QUINN, ESQ. (SBN # 11248)
**GORDON & REES LLP**
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
rschumacher@gordonrees.com
cquinn@gordonrees.com
Attorneys For: Defendants/Counterclaimants
DANIEL J. WARTENBERG &
ALLA V. WARTENBERG

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| JANET D. PETRILLO, an individual; | CASE NO. A577909 |
| Plaintiff, | DEPT. NO.: XVII |
| vs. | |
| DANIEL J. WARTENBERG, an individual; ALLA V. WARTENBERG, an individual, FIRST AMERICAN TITLE COMPANY, a California corporation; DOES 1-10, ROES 1-10; | **ORDER AND JUDGMENT GRANTING DEFENDANTS' MOTION FOR RELIEF FROM ORDER PURSUANT TO NRCP 60(b)(5) OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM ON ORDER SHORTENING TIME** |
| Defendants. | |
| DANIEL J. WARTENBERG, an individual; ALLA V. WARTENBERG, an individual, | |
| Counterclaimants, | Hearing date: January 26, 2011 Hearing time: 8:30 a.m. |
| vs. | Continued hearing date: Jan. 28, 2011 Continued hearing time: 9:30 a.m. |
| JANET D. PETRILLO, an individual; DOES 1-10 and ROE ENTITIES 1-10, inclusive; | |
| Counterdefendants. | |

Defendants/Counterclaimants, DANIEL J. WARTENBERG & ALLA V.

WARTENBERG'S ("Defendants") MOTION FOR RELIEF FROM ORDER PURSUANT TO

-1-

Unofficial Document

NRCP 60(b)(5) OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE RENEWED

MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM ON ORDER

SHORTENING TIME came before the Court on January 26, 2011, with the hearing and oral

argument continued to January 28, 2011, Robert E. Schumacher, Esq. of the law firm of

GORDON & REES LLP, appearing on behalf of Defendants, and Joseph T. Nold, Esq., of the

law firm of BOURKE & NOLD appearing on behalf of Plaintiff, JANET D. PETRILLO

("Plaintiff"), the Court having reviewed the pleadings and papers on file, having considered the

arguments of counsel, and good cause appearing therefore;

THE COURT MAKES THE FOLLOWING FINDINGS:

The Court has considered all pleadings on file in this matter as part of the record, and,

therefore, all are appropriate for the Court to base its decision on. The Court previously found

that there was a breach of the Promissory Note because Plaintiff did not pay. The Court also

Unofficial Document

found that there was no question of material fact regarding the breach of the Note. The Note was

breached for non-payment and both sides agreed than the Note in question was not vague in its

terms or ambiguous. The Court also previously found that there was no proper showing of fraud

or fraudulent misrepresentation.

THE COURT FINDS that since a Trustee's Sale was held, the "One-Action Rule" as set

forth in Nevada Revised Statutes ("NRS") 40.430 et seq., is not applicable pursuant to NRS

40.430(6)(e).

THE COURT FINDS that there is no material issue of fact regarding the amount due and

owing on the Promissory Note. THE COURT FINDS that the Subject Property, designated as

APN 126-09-601-006, was sold in accordance with NRS 107.080 at a Trustee's Sale to

Defendants for the amount of $500,000.00. THE COURT FINDS that no evidence has been

presented that the sale was performed with any collusion or any fraud. Additionally, there is

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas NV, 89169

-2-

nothing in the record, and no evidence presented, to show that the sale was not performed in good faith. THE COURT ALSO FINDS that there is no evidence in the record, or offered by Plaintiff, rebutting the fact that the sales price was anything other than fair market value. Thus, THE COURT FINDS that Plaintiff is entitled to an offset of $500,000.00 on the amount owed on the Promissory Note. THE COURT FINDS that accounting for principal, interest, penalties, and the $500,000.00 offset, Plaintiff owes Defendants a total $807,954.34 on the Promissory Note.

THE COURT FINDS that in accord with NRCP 60(b)(5) and based on its reversal of the prior decision upon which the denial of Defendants' Motion for Summary Judgment on the Counterclaim was based, there remains no genuine issues of material fact. Thus, the jury trial is unnecessary.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Relief Pursuant to NRCP 60(b)(5) is GRANTED. Accordingly, Defendants' Motion for Summary Judgment on the Counterclaim is GRANTED. Defendants are awarded a judgment from Plaintiff for principal, interest, and penalties under the Note in the amount of EIGHT HUNDRED SEVEN THOUSAND, NINE HUNDRED FIFTY-FOUR DOLLARS AND THIRTY-FOUR CENTS ($807,954.34). This Judgment does not include attorney's fees and costs which Defendants may seek by appropriate motion to this Court, and which sums may be added to the Judgment upon order of the Court.

IT IS HEREBY ORDERED that the jury trial is vacated.

Plaintiff's Counsel made an oral motion for an Application for Stay Pending Appeal that was opposed by Defendants' counsel. The Court denied Plaintiff's Oral Application without

///
///
///

Unofficial Document

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas NV, 89169

-3-

prejudice to permit Plaintiff to file a formal written Application.

**IT IS SO ORDERED.**

DATED this ___ day of February, 2011.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

GORDON & REES LLP

_____
ROBERT E. SCHUMACHER, ESQ.
(SBN # 7504)
CASEY J. QUINN, ESQ. (SBN # 11248)
**GORDON & REES LLP**
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
rschumacher@gordonrees.com
Attorneys for Defendants/Counterclaimants
DANIEL J. WARTENBERG &
ALLA V. WARTENBERG

Unofficial Document

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas NV, 89169

-4-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am employed in the law offices of GORDON & REES LLP, and that on this 18th day of February, 2011, I served the above and foregoing: **ORDER AND JUDGMENT GRANTING DEFENDANTS' MOTION FOR RELIEF FROM ORDER PURSUANT TO NRCP 60(b)(5) OR, ALTERNATIVELY, MOTION FOR LEAVE TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM ON ORDER SHORTENING TIME** via fax and by U.S. Mail, First Class, addressed to the following counsel of record:

Joseph T. Nold, Esq.
BOURKE & NOLD
624 South Tenth St.
Las Vegas, NV 89101
Fax: 702-383-6051
noldj@cox.net
*Attorneys for Plaintiff*

Unofficial Document

An employee of GORDON & REES LLP

-5-

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169

## Details of filing titled:
### *Notice of Appeal*
### for Case Number A577909

| | |
|---|---|
| E-File ID: | 1640585 |
| Lead File Size: | 414810 bytes |
| Date Filed: | 2011-03-25 16:38:19.0 |
| Case Title: | A577909 |
| Case Name: | A577909 - Janet Petrillo vs Daniel Wartenberg, Alla Wartenberg, et al |
| Filing Title: | Notice of Appeal |
| Filing Type: | EFO |
| Filer's Name: | Eric R. Olsen |
| Filer's Email: | mburge@gordonsilver.com |
| Account Name: | Gordon & Silver, Ltd. |
| Filing Code: | NOAS |
| Amount: | $ 3.50 |
| Court Fee: | $ 24.00 |
| Card Fee: | $ 0.72 |
| Comments: | |
| Courtesy Copies: | sgordon@gordonsilver.com |
| Firm Name: | Gordon & Silver, Ltd. |
| Your File Number: | 102815-001 (kak) |
| Status: | Pending - (P) |
| Date Accepted: | |
| Review Comments: | |
| Reviewer: | |
| File Stamped Copy: | |
| Cover Document: | |
| Lead Document: | NOAS.pdf |
| Data Reference ID: | |
| Credit Card Response: | System Response: Approved |

Lead Document: NOAS.pdf 414810 bytes

Credit Card Response: System Response: Approved
Reference: VSHC6DA338FA    Unofficial Document

The foregoing instrument is a full, true and correct copy of
the original on file in this office.

Attest _____

MICHAEL K. JEANES, Clerk of the Superior Court of the
State of Arizona, in and for the County of Maricopa.

By _____ Deputy