# EXHIBIT B

Unofficial Document

### SHERIFF'S LEVY ON REAL ESTATE

MAIL VIA INTERDEPARTMENTAL

SHERIFF'S CIVIL UNIT

DANIEL J. WARTENBERG, an individual, and ALLA V. WARTENBERG, an individual,
vs.
JANET D. PETRILLO, an individual.

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2011-007869 |
| | ) ss. | C268008 |
| COUNTY OF MARICOPA | ) | |

I, JOSEPH M. ARPAIO, SHERIFF OF MARICOPA COUNTY, ARIZONA, do hereby certify that I received the within Execution on the 11th day of May, 2011 and that by virtue thereof I do hereby levy the same upon all the right, title and interest of the within named defendant in, of and to the following described real property, to-wit:

> Lot 71, MONTELENA, according to Book 671 of Maps, page 44 records of Maricopa County, Arizona; Surveyor's Affidavit recorded in Document No. 2005-1223262, Surveyor's Affidavit recorded in Document No. 2005-1512000 and re-recorded in Document No. 2005-1740909.
>
> AKA: 20161 E. Silver Creek Lane, Queen Creek, Arizona 85242

and pursuant to the statute in such case made and provided, I hereby endorse my levy on the Execution upon the original writ and I do hereby file in the office of the County Recorder of Maricopa County, Arizona, the County wherein the real property is situated upon which I have levied the writ aforesaid, a copy of said writ together with the endorsement thereon of my levy upon the aforesaid real property.

DATED this 1st day of June, 2011.

                       JOSEPH M. ARPAIO
                       SHERIFF OF MARICOPA COUNTY

By _____
       M. Reese, Sergeant
       Civil Process Division

Unofficial Document

A4176

Stephen W. Tully (SBN 014076)
Sean M. Carroll (SBN 027171)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, Arizona 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
stully@gordonrees.com
scarroll@gordonrees.com

Attorneys for Daniel J. Wartenberg and Alla V. Wartenberg
Judgment Creditors

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DANIEL J. WARTENBERG, an individual, and ALLA V. WARTENBERG, an individual, <br><br> Plaintiffs, <br><br> JANET D. PETRILLO, an individual, <br><br> Defendant. | CASE NO. CV2011-007869 <br><br> WRIT OF SPECIAL EXECUTION |

THE STATE OF ARIZONA TO THE SHERIFF OF MARICOPA COUNTY:

A Judgment in this action was entered by the Clerk on the appropriate dockets in this court against the Judgment Debtors whose names and addresses appear below:

Janet D. Petrillo
7834 Fieldfare Drive
North Las Vegas, Washoe County, Nevada 89084-2467

The terms of this Judgment against these Judgment Debtors are:

DATE OF ENTRY OF FOREIGN JUDGMENT: February 28, 2011
DATE OF DOMESTICATION OF JUDGMENT: April 4, 2011
AMOUNT OF JUDGMENT: $807,954.34
COSTS TO DATE (not included in Judgment): $577.47
ACCRUED INTEREST TO DATE: $29,883.00

Taking into consideration any payments made on the Judgment, costs to date, and interest to date, the total amount due on that Judgment is $737,837.34, plus accruing interest at the rate of 18% per day from the date of this filing, plus accruing costs. The Judgment has been duly recorded with the Maricopa County Recorders' Office and acts as a lien against the following real property, which this writ of special execution seeks be foreclosed upon and sold in accordance with the law to satisfy the Judgment:

> 20161 E. Silver Creek Lane
> Queen Creek, Arizona 85142

also described as:

> Lot 71, MONTELENA, according to Book 671 of Maps, page 44 records of Maricopa County, Arizona; Surveyor's Affidavit recorded in Document No. 2005-1223262, Surveyor's Affidavit recorded in Document No.2005-1512000 and re-recorded in Document No. 2005-1740909.

You are commanded to make sale of that property in the manner provided by law for the sale of like property under execution and in the manner directed by the Judgment, a copy of which is attached hereto.

SIGNED AND SEALED this date: _____

Michael Jeanes
Clerk of the Superior Court

By: _____
Deputy Clerk



# EXHIBIT C

In re  **JANET VIOLA PETRILLO**  ,  Case No.  **2:11-bk-22318**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

  Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

  If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| SINGLE FAMILY RESIDENCE:<br>Location: 20161 E SILVER CREEK LN, QUEEN CREEK AZ 85142 | FEE SIMPLE | C | 238,000.00 | 0.00 |
| SINGLE FAMILY RESIDENCE:<br>Location: 7834 FIELDSARE DR., NORTH LAS VEGAS, NV 89084<br>19 MONTHS BEHIND HOUSE IN FORECLOSURE | FEE SIMPLE | - | 175,000.00 | 374,000.00 |
| SINGLE FAMILY RESIDENCE:<br>Location: 52 W GRANADA DR, BRICK, NJ 08723 | FEE SIMPLE | - | 150,000.00 | 0.00 |

Sub-Total >  563,000.00  (Total of this page)

Total >  563,000.00

 __0__  continuation sheets attached to the Schedule of Real Property   (Report also on Summary of Schedules)

# EXHIBIT D

Account number: ████6950 ▪ June 1, 2011 - June 30, 2011 ▪ Page 2 of 4





## With you when *you're protecting the things you value most*

Protecting the things that matter most in your life is easier with Wells Fargo Insurance. We can help you find the type of coverage that fits your needs. And, with competitive quotes from the multiple companies we represent, you'll get a price that's right for you. Meet with us or visit wellsfargo.com/insurance to learn more today.

### Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $10,420.50 |
| Deposits/Additions | 97.54 |
| Withdrawals/Subtractions | - 10,518.04 |
| Closing balance on 6/9 | $0.00 |

Account number: ████6950
JANET D PETRILLO
████████████████
AND JANET M PETRILLO

Nevada account terms and conditions apply

For Direct Deposit and Automatic Payments use Routing Number (RTN): 321270742

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/6 | | ███████████████████████████████████████ | | 50.01 | |
| 6/6 | 1026 | Check | | | |
| 6/7 | | Overdraft Fee for Item $13.53 06/06 Check # 01026 | | 13.53 | 10,356.96 |
| 6/7 | | Writ of Garnishment Case# 33938511 | | 35.00 | |
| 6/7 | | Legal Order Processing Fee Case# 33938511 | | 10,319.50 | |
| 6/9 | | Deposit Made In A Branch/Store | 97.54 | 100.00 | -97.54 |
| Ending balance on 6/30 | | | | | 0.00 |
| Totals | | | $97.54 | $10,518.04 | 0.00 |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 1026 | 6/6 | 13.53 |