Dawn M. Maguire-Bayne, State Bar #20368
Christen N. Carns, State Bar #26211
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: dbayne@asbazlaw.com

Attorneys for Trustee Diane M. Mann

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JANET VIOLA PETRILLO AKA JANET DELORES PETRILLO, | Case No. 2-11-bk-22318-SSC |
| Debtor. | |
| DIANE M. MANN, CHAPTER 7 TRUSTEE, | Adv. No. 2-12-ap-00242-SSC |
| Plaintiff, | **MOTION TO APPROVE STIPULATION TO RESOLVE ADVERSARY PROCEEDING** |
| vs. | |
| DANIEL J. WARTENBERG AND ALLA V. WARTENBERG, | |
| Defendants. | |

Diane M. Mann, the Chapter 7 Trustee in the above-captioned case ("Trustee"), by and through undersigned counsel, hereby moves the Court for an Order approving the *Stipulation to Resolve Adversary Proceeding* ("Stipulation") entered into between the Trustee and Daniel J. Wartenberg and Alla V. Wartenberg. A true and correct copy of the Stipulation is attached hereto as **Exhibit "A"** and is incorporated herein by this reference. The Trustee asserts that approval of the Stipulation is in the best interests of the bankruptcy estate.

The Trustee requests that the Court utilize a "negative notice" procedure in which interested parties have a twenty-one (21) day period to file objections. If no objections are filed, the Trustee would then be authorized to lodge an Order approving the Stipulation. If an objection is filed, the Trustee will request that a hearing be held before the Court.

Approval of the Stipulation will benefit the creditors of this estate and will further save

the estate the expense, inconvenience, and delay of litigation. The approval of a settlement agreement negotiated by a trustee is governed by the standards set forth by the Ninth Circuit in *In re Woodson*, 839 F.2d 610 (9th Cir. 1988). In *Woodson*, the Court identified the following factors as being necessary to determine whether a settlement is in the estate's best interests:

  a. The probability of success in the litigation;
  b. The difficulties of collection;
  c. The complexities of litigation and the expense, inconvenience and delay caused by such litigation;
  d. The interest of the creditors with reasonable deference to their reasonable views.

*Woodson*, 839 F.2d at 620. The Trustee respectfully submits that the Stipulation meets the *Woodson* factors. Both parties recognize that they have competing claims and acknowledge that if this matter is litigated, both parties will incur substantial litigation costs. Approval of the Stipulation will allow a distribution to creditors in this case. Given these circumstances, the Trustee believes that approval of the Stipulation is in the best interests of the creditors.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order approving the Stipulation upon utilization of a "negative notice" procedure in which interested parties have a twenty-one (21) day period to file objections.

DATED: April 11, 2013

**ALLEN, SALA & BAYNE, PLC**

*/s/ DMMB 20368*
Dawn M. Maguire-Bayne
Christen N. Carns
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee Diane M. Mann

COPY of the foregoing electronically
delivered by the ECF system on
April 11, 2013 to:

United States Trustee
230 North First Avenue, Ste 204
Phoenix AZ 85003-1706

*///*

-2-

I:\6000\6100\6104-Mann\013-Petrillo\Stip2. Adv. Wartenberg\Motion.doc
Case 2:12-ap-00242-SSC   Doc 26   Filed 04/11/13   Entered 04/11/13 15:04:43   Desc
Main Document    Page 2 of 3

COPY of the foregoing mailed on
April 11, 2013 to:

Diane M. Mann
P.O. Box 12970
Scottsdale, AZ 85267-2970
*Chapter 7 Trustee*

Janet Viola Petrillo aka Janet Delores Petrillo
20161 E. Silver Queen Creek Lane
Queen Creek, AZ 85142
*Debtor*

DAVID WROBLEWSKI & ASSOCIATES
2020 N. Central Ave., Suite 1100
Phoenix, AZ 85004
*Attorneys for Debtor*

Scott Reynolds
REYNOLDS LAW, P.C.
2999 N. 44th St., Suite 330
Phoenix, AZ 85018
*Attorney for Daniel J. Wartenberg and Alla V. Wartenberg*

James J. McDonald, Esq.
BANNON, RAWDING, MCDONALD & MASCERA, P.A.
10 South Prospect St.
Verona, NJ 07044

*/s/ Monica Baca*

-3-